



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed January 09, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Joe Michael Simmons, AND | § | CASE NO.10-42342-rfn13 |
| Rachael Ann Simmons | § | |
| | § | |
| DEBTORS | § | |

### ORDER ALLOWING LATE FILED CLAIM OF GEMB

On this day came on to be heard Debtors' Motion to Allow Late Filed Claim of GEMB. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the secured claim of $5,500.00 of GEMB should be allowed.

**IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED** that the secured claim of $5,500.00 of GEMB filed in the above-entitled matter is allowed.

***End of Order***